IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNCIL FOR ENDANGERED SPECIES ACT RELIABILITY, a nonprofit organization, | Case No.: 2:09-CV-02875-JAM-GGH |
| Plaintiff, | |
| v. | |
| KEN SALAZAR; Secretary of the United States Department of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES FISH AND WILDLIFE SERVICE; SAM HAMILTON, as Director of the United States Fish and Wildlife Service, United States Department of the Interior; REN LOHOEFENER, as Regional Director of the United States Fish and Wildlife Service, Pacific Southwest Region, | RELATED CASE ORDER |
| Defendants. / | |
| CENTER FOR BIOLOGICAL DIVERSITY, and THE BAY INSTITUTE, | Case No.: 2:09-CV-03154-GEB-GGH |
| Plaintiffs, | |
| v. | |
| KEN SALAZAR, Secretary of the United States Department of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants. _____/ | |

1

Examination of the above-entitled actions reveals that these actions are related within the meaning of E.D. Cal. Local Rule 83-123. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:09-cv-03154-GEB-GGH be reassigned to Judge John A. Mendez and Magistrate Judge Gregory G. Hollows for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:09-cv-03154-JAM-GGH.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: November 19, 2009

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE